# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **MELODY M. COOPER,** | |
| Plaintiff, | Case No. 2:18CV00033 |
| v. | **ORDER** |
| **ANDREW SAUL,** **COMMISSIONER** **OF SOCIAL SECURITY,** | By: James P. Jones United States District Judge |
| Defendant. | |

It appearing that no objections have been timely filed to the Report filed October 29, 2019, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security is GRANTED;

3. The Motion for Summary Judgment by the plaintiff is DENIED.

4. A final judgment will be entered herewith.

ENTER: December 9, 2019

/s/ JAMES P. JONES
United States District Judge